UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-292-02 (RCL) |
| | ) | |
| Daniel Scott,      *defendant*. | ) | |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the entry of appearance of Nathan I. Silver, Esq., attorney of record, appointed by this Court to represent the defendant under the Criminal Justice Act, *nunc pro tunc* to the 26th day of May, 2021.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon William Kennelly Dreher, Esq., DOJ-USAO (DC), attorney of record for the government, via ECF this 3rd day of June, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*