UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.   ) | USDC No. 21-cr-292-02 (RCL) |
| ) | |
| Daniel Scott, *defendant*.   ) | |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Review Conditions of Release, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this 21st day of October, 2022, that the curfew condition imposed on the defendant in the Amended Pretrial Release Order (ECF Doc. 155, page 2, ¶7(p)) is hereby modified to "You are restricted to your residence every day from 10:00 p.m. to 6 a.m., or as directed by the pretrial services office or supervising officer." and it is further

ORDERED, that all other conditions of the defendant's release shall remain in effect.

_____
Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    William K. Dreher, Esq.
    U.S. Dept. of Justice (USAO-District of Washington)
    By ECF