# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 1:21-CR-292-RCL** |
| **CHRISTOPHER WORRELL, et. al.,** | |
| *Defendants*. | |

## ORDER

On 1/4/2023, this Court ordered the parties to appear for a jury trial in this matter to commence on 2/13/2023, in accordance with the government's proposed trial date.  ECF No. 197; *see* ECF No. 194.  A member of Attorney Shipley's staff subsequently emailed this Court and represented that Attorney Shipley and Attorney Allen were unavailable to try a case during the week of 2/13/2023 due to other court matters.  Those attorneys had not previously expressed to this Court any inability to attend a trial commencing on 2/13/2023, nor opposed the government's proposed date on those grounds.

The Court now **ORDERS** Attorney Shipley and Attorney Allen to provide a specific list of any court conflicts during the week of 2/13/2023 that they seek to rely on to establish an inability to attend trial.  Attorney Shipley and Attorney Allen must specify for each court conflict the (1) case name; (2) case number; (3) court; (4) presiding judge; (5) start time of the hearing; (6) nature of the hearing; (7) expected length of the hearing; (8) hearing's location and whether it is in person or remote.  Attorney Shipley and Attorney Allen are hereby **ORDERED** to submit a list conforming to those specifications, on the docket in this case, by 5:30pm EST on Tuesday, 1/10/2023.

2

It is further **ORDERED** that the minute order dated 1/4/2023 permitting Alex Reed Stavrou, Sr to withdraw as an attorney is **STAYED** pending resolution of this issue. *See* Local Rule 44.5(d).

     **IT IS SO ORDERED.**

Date: January 6, 2022

                                       /s/ Royce C. Lamberth
                                       Royce C. Lamberth
                                       United States District Judge