UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 21-cr-292-02 (RCL) |
| | ) |
| Daniel Scott, *defendant.* | ) |

ORDER

Upon good cause shown in the defendant's Unopposed Motion to Permit Travel, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this 29th day of March, 2023, that the defendant may travel to and from the planned destination in Lecanto (Citrus County) within the Middle District of Florida, on April 8-9, 2023, during which time his curfew may be lifted, so long as he provides to the satisfaction of the Pretrial Services Agency details about his itinerary.

_____
Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

William K. Dreher, Esq..
U.S. Dept. of Justice
USAO-WDWA