UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.   : | No. 21-CR-292-2 (RCL) |
| DANIEL SCOTT,   : | |
| Defendant.   : | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States respectfully moves to continue the sentencing of Daniel Scott, currently scheduled for July 5, 2023, due to a travel conflict for government counsel, who are both detailees on the West Coast. The government contacted defense counsel, who indicated that Mr. Scott does not oppose the request for a continuance. The dates of July 12-13, the 14th prior to 2 pm, or August 1-4 work well for both parties. Mr. Scott requested that the hearing be held on or after noon to permit him the ability to travel up for the sentencing.

Of course, should the Court prefer to keep the current date for the sentencing, the government can arrange for substitute counsel to appear at the July 5, 2023 sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *William Dreher*
WILLIAM DREHER
Assistant United States Attorney (Detailed)
D.C. Bar No. 1033828

700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

ALEXIS J. LOEB
Assistant United States Attorney (Detailed)
CA Bar No. 269895
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7168
alexis.loeb@usdoj.gov