**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 21-CR-292-02** |
| **DANIEL LYONS SCOTT,** | |
| Defendant. | |

**ERRATA**

The United States of America respectfully submits this errata, along with the non-video exhibits to the United States' sentencing memorandum (Worrell Trial Exhibits 107, 134A, 175, 230, 249, and 564). These non-video exhibits were erroneously not attached to the filed, redacted version of the United States' sentencing memorandum in this case (Dkt. 255). The exhibits are attached to this errata.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov