

## Extraction Report


www.cellebrite.com

### Summary

| Device Owner | ETHAN NORDEAN |
|---|---|
| Device ID | e577462c3126fd6117148d47ebb1077cdcd3691e |
| Time zone settings | (UTC-05:00) New_York (America) |
| Examiner name | JKCAIN |

### Contents



Chats
- Telegram
  - Rufio Panman
    - Chats
      - Boots on ground
      - Seattle Proud Shop
      - Proud Boys House of Merch
      - Clouty Mutha Fuckas Chat
      - PBAF ...formerly "(The Main)"

Government's Exhibit
U.S v. Worrell
21-cr-292
175

Telegram (6)

Rufio Panman (6)



2   **Name: Boots on ground**
Start Time: 1/5/2021 1:22:19 PM(UTC-5)
Last Activity: 1/13/2021 9:33:24 PM(UTC-5)
**Number of attachments:** 226
Source: Telegram
Account: Rufio Panman
Body file: chat-2.txt

Participants:

   644154246
Abuelo

   692306785
Russell Eide

   1261651524
Noble Beard The Immortal

   642479176
JBone

   1463596760
Tanner

   783237884
JD Stockton

   727697458
Prez-elect Voltron Leonidas

2



207130825
David

1312184316
El Jefe

708839912
No Foolin Tulin

1462689595
RoDMaN

1194843137
4°

697324247
Gilbert

1387834575
Sgt Pepper

454128414
Captain Trump

587613392
Spankster

1061678314
Kreeper 2nd° HVNY

781469920
Noble Lechero

668358826
Aaron Of The Bloody East

586406520
YutYut Cowabunga

1314839034
GOV.HAM-OMLETTE

1306182703
J-BIRD

1299408816
HelenaPrez UHURU

825407424
Amos Huckleberry

1313027616
Osiris Longsleeve

1132919957



From: System Message System Message
<Sgt Pepper joined the group via link>
1/5/2021 2:08:56 PM(UTC-5)

15

From: 654712116 Joe Bigs

Just trying to get our numbers. So we can plan accordingly for tonight and go over tomorrow's plan

1/5/2021 5:25:04 PM(UTC-5)

From: 1299408816 HelenaPrez UHURU

We have 15

1/5/2021 5:26:01 PM(UTC-5)

From: 708839912 No Foolin Tulin

I'll at the campground in a few minutes.

1/5/2021 5:27:14 PM(UTC-5)

From: 1314839034 GOV.HAM-OMLETTE

Ok

1/5/2021 5:31:21 PM(UTC-5)

From: 1314839034 GOV.HAM-OMLETTE

Plus us

1/5/2021 5:31:29 PM(UTC-5)

From: 1314839034 GOV.HAM-OMLETTE

10

1/5/2021 5:31:41 PM(UTC-5)

From: 708839912 No Foolin Tulin

Here. Where do I go?

1/5/2021 5:32:13 PM(UTC-5)

From: 971830118 El Chapo

If you need us be somewhere tonight. You have my #

1/5/2021 5:36:45 PM(UTC-5)

From: 1387834575 Sgt Pepper

Where is everyone meeting?
FL Z5 in the house

1/5/2021 5:38:55 PM(UTC-5)

From: 654712116 Joe Bigs

At Paul raes place now

1/5/2021 5:39:18 PM(UTC-5)

From: 1387834575 Sgt Pepper

Address?? Or pin drop

1/5/2021 5:39:44 PM(UTC-5)

From: 1387834575 Sgt Pepper
Anyone running coms??
If so what freq?

1/5/2021 5:44:46 PM(UTC-5)

From: 1312184316 El Jefe
Alright I'm at the Marriott where are boys at

1/5/2021 5:45:13 PM(UTC-5)

From: 1312184316 El Jefe
I want friendly faces

1/5/2021 5:45:17 PM(UTC-5)

From: 1387834575 Sgt Pepper
Grand Hyatt here

1/5/2021 5:45:30 PM(UTC-5)



From: 654712116 Joe Bigs
We still have people coming in.

1/5/2021 5:51:33 PM(UTC-5)

From: 1061678314 Kreeper 2nd° HVNY
No fuckin plan either

1/5/2021 5:51:37 PM(UTC-5)

From: 654712116 Joe Bigs
We are waiting on people to get in

1/5/2021 5:51:43 PM(UTC-5)

From: 654712116 Joe Bigs

We are trying to avoid getting into any shit tonight. Tomorrow's the day

1/5/2021 5:52:11 PM(UTC-5)

From: 654712116 Joe Bigs

I'm here with rufio and a good group

1/5/2021 5:52:26 PM(UTC-5)

From: 1261651524 Noble Beard The Immortal

Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out at as patriot!

1/5/2021 8:28:33 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Who here has baofeng radios?

1/5/2021 9:07:11 PM(UTC-5)

From: 697324247 Gilbert

I said UHURU to my group I believe when I link up with them yes but we aren't wearing colors or going around yelling UHURU we are undercover brother we look like Antifa LOL

1/5/2021 9:07:15 PM(UTC-5)

From: 1387834575 Sgt Pepper

I do

1/5/2021 9:07:31 PM(UTC-5)

From: 938514145 Shawn Uhuru

What part of no colors for thee but colors for mee makes sense? It's gonna be like pulling fuckin teeth to get other guys to not throw on their perry.  All or nothing,

1/5/2021 9:07:33 PM(UTC-5)

From: 1387834575 Sgt Pepper

477.985 freq

1/5/2021 9:08:08 PM(UTC-5)

From: 783237884 JD Stockton

Fucking stupid

1/5/2021 9:08:55 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Done deal. Everyone get on this channel until further notice

1/5/2021 9:12:34 PM(UTC-5)

66



From: 1415991781 NineLine 2nd ° HVNY
FUCK THE BLUE

1/6/2021 7:51:37 AM(UTC-5)

From: 1312184316 El Jefe

I'm just gonna be a negro in a suit today hope to see you all soon! Poyb and fuck the blue

1/6/2021 7:58:14 AM(UTC-5)

From: 1387834575 Sgt Pepper

1/6/2021 7:58:32 AM(UTC-5)

From: 595363237 Noble Titties President PBNIC

So Washington monument at 9am?

1/6/2021 8:09:37 AM(UTC-5)

From: 586406520 YutYut Cowabunga

That's fine. I'll be there right at 9

1/6/2021 8:10:26 AM(UTC-5)

From: 853599123 Greg Az PB

Thought he said 10..

1/6/2021 8:10:28 AM(UTC-5)

From: 586406520 YutYut Cowabunga

Officially 10

1/6/2021 8:10:35 AM(UTC-5)

From: 586406520 YutYut Cowabunga

I will be there early

1/6/2021 8:10:41 AM(UTC-5)

From: 595363237 Noble Titties President PBNIC

1/6/2021 8:10:51 AM(UTC-5)

From: 1312184316 El Jefe

He said 10

1/6/2021 8:11:55 AM(UTC-5)

From: 644154246 Abuelo
I'm walking to the Capitol

1/6/2021 11:40:00 AM(UTC-5)

From: 1261651524 Noble Beard The Immortal
Storming the capital building right now!!

1/6/2021 1:00:50 PM(UTC-5)

From: 1261651524 Noble Beard The Immortal
Get there

1/6/2021 1:00:52 PM(UTC-5)

From: 702812405 Matthew The People's Chairman Walter

Attachments:



Size: 0
(Empty File)

1/6/2021 1:01:28 PM(UTC-5)

From: 702812405 Matthew The People's Chairman Walter

Enroute

1/6/2021 1:01:31 PM(UTC-5)

From: 1261651524 Noble Beard The Immortal

Lol I love you

1/6/2021 1:01:42 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Storming the capital building right now!!

1/6/2021 1:02:06 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Storming the capital building right now!!

1/6/2021 1:02:15 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Storming the capital building right now!!

1/6/2021 1:02:20 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Storming the capital building right now!!

1/6/2021 1:02:24 PM(UTC-5)

108

From: 668358826 Aaron Of The Bloody East

Go find eggs and rotten tomatoes, throw feces at these jerkoffs!!

1/6/2021 1:04:22 PM(UTC-5)

From: 1194843137 4"

#signalboost:
-Police lines have been breached by MAGA at the Capitol, but not inside building. Mace just deployed
-Do not take Constitution Ave, ~1,000 Proud Boys marching down

1/6/2021 1:06:53 PM(UTC-5)

From: 697324247 Gi bert

We are here we got maze and hit with paint balls

Attachments:

Size: 0
(Empty File)

1/6/2021 1:32:50 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

POYB

1/6/2021 1:33:25 PM(UTC-5)

From: 697324247 Gi bert

Shared location

1/6/2021 1:35:01 PM(UTC-5)

From: 668358826 Aaron Of The Bloody East

Keep pushing! Fuck those pigs, throw shit at them

1/6/2021 1:41:53 PM(UTC-5)



From: 770871071 Long Winded SOB
Just landed back home in Texas. It was a pleasure boys! Until next time POYFB
1/7/2021 11:11:53 PM(UTC-5)

From: 1387834575 Sgt Pepper
FL Z5 all home safe
1/7/2021 11:14:07 PM(UTC-5)

From: 1387834575 Sgt Pepper
Nuke this shit
1/7/2021 11:14:16 PM(UTC-5)

5

**Name:** Clouty Mutha Fuckas Chat
**Start Time:** 7/14/2020 11:58:59 PM(UTC-4)
**Last Activity:** 1/21/2021 1:01:26 AM(UTC-5)
**Number of attachments:** 7201
**Source:** Telegram
**Account:** Rufio Panman
**Body file:** chat-5.txt

Yes

Participants:

971867730
Heinlein der Rennsoldat

968117524
Ignoble Mexizzachet For Chairman (admin)

934319136
PirateSpitter

892739537
Thad PB

792191263
Dustin Seattle Pb

731150508
A F

692064361
Jay Monroe Pb (admin)

736887790
Mike Northsound Vp

683617063
PB Milkshake Man

901330568
CapCityRob

242631483
Reaper Rolling 4th°

1217606433
Marco From N kkis

652731675

2146



Big Bacon

1307812411
FatCobra 2°

1313557586
"Biz" Byzan†ine

1375759610
Tea Baggins

1290460620
Red

896145905
FLZ2BCPBSAA SPORTBIKEY

782732951
Bobby Pickles

1124034002
Shamus McGuire

867488740
DirtNap

1387834575
Sgt Pepper

1203280760
R-dog S 2°

1298357446
MADD MAXXX N 2°

1314210693
Mongo

918875220
American Overwatch

1261864063
boondocksaint

1420858967
Tom Jefferson

1320718756
McCringleberry

779259767
WharGoul the White Orc

1303990772