UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL LYONS SCOTT,<br><br>Defendant. | Case No. 21-CR-292-02 |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 of the following exhibits that were provided to the Court and defense counsel on July 7, 2023 via USAfx, and are exhibits to the Government Sentencing Memorandum. (Dkt. 255). Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The video exhibits are as follows:

1. Exhibit 1: a video from the phone of another rioter at approximately 1:12 p.m. on January 6, 2021.

2. Worrell Trial Exhibits 110A, 112A, 173, 247A, 248, 250, 254, and 315 are video trial exhibits from the recent trial before this Court of Mr. Scott's co-defendant, Christopher Worrell.

If the Court accepts the proposed video exhibits into evidence at sentencing, the government takes the position that the entered exhibits should be promptly released to the public

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

1

D.C. Bar Number 481052

*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov