# Exhibit 1

## Re: presentence follow-up

From: NI Silver (nisquire@aol.com)
To: milkshakehappyhour@gmail.com
Date: Tuesday, April 11, 2023 at 02:53 PM EDT

I'll forward it to you.

NIS

> -----Original Message-----
> From: Milkshake Happy Hour <milkshakehappyhour@gmail.com>
> To: NI Silver <nisquire@aol.com>
> Sent: Tue, Apr 11, 2023 2:50 pm
> Subject: Re: presentence follow-up
>
> No, I have not.
>
> On Tue, Apr 11, 2023, 12:44 PM NI Silver <nisquire@aol.com> wrote:
>> Have you sent this to Ms. Field? If not, I'll forward it.
>>
>> Thanks, Mr. Scott.
>>
>> Nathan Silver
>>
>> -----Original Message-----
>> From: Milkshake Happy Hour <milkshakehappyhour@gmail.com>
>> To: NI Silver <nisquire@aol.com>
>> Sent: Tue, Apr 11, 2023 10:43 am
>> Subject: Re: presentence follow-up
>>
>> How long have you been a member of the organization?
>>  Since around 2017.
>> Is the current offense related to the organization?
>> My offenses are mine and I wouldn't exactly blame the organization. This organization is the complete opposite of organized when if even comes to food drives or family events. I guess that's the downfall in a Men only club.
>> At what age or in what year did you join the organization?
>> ~23 years old
>> Where did you join the organization?
>> Washington state (NorthSound Chapter)
>> Why did you join this organization?
>> The Brotherhood and fellowship
>> Is there a process (e.g. initiation rituals, committing crimes, etc.) to join the organization?
>> If so, please describe.
>> You have to love America, born a Male
>> Does the organization have an internal ranking system? If so, please describe.
>> Everyone has an equal voice. We're setup like a moose lodge or other fraternity or club. You have chapters by location, presidents of chapters, vice presidents, secretary, and treasure.
>> What is your rank within the organization?
>> I don't hold any rank.
>> Have you ever committed crimes in support of the organization? If so, please explain.
>> The group has never made me commit a crime in their name.
>> What is the process to exit ("cut ties") with the organization?

You can leave whenever you want. You just don't show up to the monthly meeting. People may call you to see if everything okay but there isn't really a "cut ties" protocol.

On Mon, Apr 10, 2023, 12:44 PM NI Silver <nisquire@aol.com> wrote:

> Please see attached.
>
> NIS
>
> -----Original Message-----
> From: Hana Field <hana_field@dcp.uscourts.gov>
> To: milkshakehappyhour@gmail.com <milkshakehappyhour@gmail.com>
> Cc: nisquire_aol.com <nisquire@aol.com>
> Sent: Mon, Apr 10, 2023 11:40 am
> Subject: RE: presentence follow-up
>
> Good morning—I am now working on your report. I don't believe I have the financial docs (net worth and monthly cash flow) as previously requested. I need this ASAP.
>
> Thanks.
>
> ---
>
> **From:** Hana Field
> **Sent:** Tuesday, February 28, 2023 3:30 PM
> **To:** milkshakehappyhour@gmail.com
> **Cc:** nisquire_aol.com <nisquire@aol.com>
> **Subject:** presentence follow-up
>
> Afternoon—
> As discussed, please sign the Customer Consent Form and return at your earliest convenience.
> Please complete the Net Worth and Monthly Cash Flow Statements by 3/13/23.
> You can provide any supporting documentation also by 3/13/23—this includes birth certificate, copy of marriage license, proof of bills/income, etc.
> Please answer the below questions pertaining to your affiliation with Proud Boys by 3/13/23.
>
> We will be in touch through sentencing. Take care.
>
> 1. How long have you been a member of the organization?
> 2. Is the current offense related to the organization?
> 3. At what age or in what year did you join the organization?
> 4. Where did you join the organization?
> 5. Why did you join this organization?
> 6. Is there a process (e.g. initiation rituals, committing crimes, etc.) to join the organization? If so, please describe.
> 7. Does the organization have an internal ranking system? If so, please describe.
> 8. What is your rank within the organization?
> 9. Have you ever committed crimes in support of the organization? If so, please explain.
> 10. What is the process to exit ("cut ties") with the organization?
>
> Hana Field
> US Probation Officer
> 333 Constitution Avenue NW
> Washington, DC 20001
> Phone: 202-565-1380
> Cell: 202-805-0840
> Fax: 202-791-8462