**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : **Case No: 21-CR-292 RCL** |
| | : |
| **DANIEL SCOTT,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Upon the motion of the Government, it is hereby ordered this ___16th___ day of ___July___, 2023, that, for the reasons stated, the government's Motion for Leave to File under Seal Its Sentencing Memorandum is GRANTED, and that the government's Sentencing Memorandum is FILED UNDER SEAL.

**SO ORDERED.**

_____
Judge Royce C. Lamberth

3