# Exhibit 3

To Whom It May Concern,

   My name Is Magen Marie and Daniel Scott is my best friend and genuinely the best man I know. In order to keep this from being a book I will stick to the basics. I met Daniel Scott in 2020 through the mutual desire to help and make a difference around us as we were both extremely passionate about doing what we really thought was the right thing and would help make necessary changes for our children and their children. Upon meeting Daniel I immediately fell in love with who he was and we were attached at the hip from the get-go. He was exactly what I wanted my boys to grow up to be like and the man that I knew I could trust, be safe with and he was that friend that would motivate me in a good way and make me non-stop laugh. He works hard and is so passionate about his family and the world we live in, he's honest and so bubbly it was easy and natural to be his friend.

 Over the last couple years I have watched him grow so much through definitely the hardest times of his life, but despite it all he doesn't give up. Daniel works so hard for his family at times working two or three jobs to provide for his family especially when his wife got extremely ill (She's still very ill) and was in the hospital long term. He didn't fold and he didn't cave, he just kept going and doing everything he could to be what they needed him to be. This is just who he is, he is the all American boy trying to be a damn good man. He is protective and gentle and the most caring person you will ever meet. He really would give the shirt off his back for anyone but boy does he despise the evil in this world and all he wanted to do was help and be that man and that hero that his children could look up to. Making a difference and standing up for what's right did not come with an instruction book and he had nothing but good intentions. He's an amazing Dad and his babies love him so incredibly much and not only is he 100% active in their lives but he also does a dang good job of being their Dad. He's the only person those kids have to take care of them when Mommy is in the hospital which sadly has been extremely frequent and long-term over the last year.

   I don't just know him just from the passion we share for making things better. Our families are close, he means the world to me and my kids and so does his family. Actually last year for my birthday I took my daughter who was 14 at the time and we flew to Florida and we stayed for 3 1/2 weeks with Daniel and his beautiful family and we played at the beach, we went to Sesame Street, we went to Sea World and the movies and food and exploring and just everything we could. I got to really watch up close and personal who my friend is and I am so incredibly proud of him.
   His whole world is falling apart and he has no idea what's going on but yet every single day he goes to work and he does what he's supposed to, he has followed every rule and every guideline set for him with complete compliance. Have you ever been so extremely passionate about something that you just kind of got into the emotion of it and just got excited…. This was one of those times. He's not a criminal, he's not a bad guy, he's not a danger to anyone, and he most definitely meant no harm, he's the biggest teddy bear you will ever meet. He's sincere and loyal and genuine to the core. I wholeheartedly believe in him and support him and I always will. This is a man that can do amazing things and make a difference in the world if done correctly and he's already working so hard on growing and maturing. Give this man a chance and I know he will make you proud too.

   I could literally go on and on about my friend because he has been an amazing blessing in my life and I will cherish him forever but I know you don't have that kind of time so I will just end this with saying

please know that this very special and loved and kind man's future is in the hands of people that not only don't know him but they don't know the truth. I hope this reaches your heart and you can feel the genuineness and love for Daniel because he is all of the above and so much more and he has so much to offer his family and the people around him that really matters.

    Sincerely,
        Magen Marie Stevens

Mickayla Scott
Englewood, Fl 34223

My name is Mickayla Scott. I am Daniel's wife of 9 years and the mother of our two children.

      Daniel is a wonderful father who spends as much time with his children as possible. As you may know I have been horribly sick. I've only had one of three surgeries that I need. However this man had to work 3 jobs just to make ends meet. While worrying about me while I was in the hospital he still had to get the kids ready for school. These kids would never know how stressed he was because he was such an easy going guy and a great father. He also still made time to go to after school activities for his kids. This man is the heart of our family. He goes above and beyond for any family member or friend in his life. He is an honest, hard working ,and generous man. I know he is a passionate person and stands for his beliefs. I do however feel as if prison would harm him more than help him see what he did wrong. Serving the rest of his time on probation with an ankle monitor would be a just sentencing. Daniel would still be able to provide for his family while still serving time. Thank you for your consideration.