UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-292-02 (RCL) |
| | ) | |
| Daniel Lyons Scott     *defendant.* | ) | |

NOTICE

(Letters in Allocution)

The Court will please note the attached letter in allocution, consisting of one (1) page, from Laura Stanley (as Exhibit 5), to be considered in defendant's sentencing scheduled for Wednesday, July 12, 2023, at 12:30 p.m.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on William Kennelly Dreher, Esq., and Alexis Jane Loeb, Esq., U.S. Dept. of Justice, this 11th day of July, 2023.

/s/
_____
*Nathan I. Silver, II*