William F. Gordon

7134 Cork Lane

Englewood, FL 34224

gordon.w.f@gmail.com

941-763-2360

06-29-2023

Royce Lamberth

United States District Court For The District Of Columbia

Subject: Character Reference for Daniel Lyons Scott III

Dear Honorable Lamberth,

I am writing this letter to provide a character reference for my dear friend, Daniel Lyons Scott III, who is currently before the court. I have known Daniel for 5 years and have had the opportunity to witness his character firsthand. It is important to shed light on his true nature and offer my perspective on their personality, behavior, and integrity.

In the time I have known Daniel, I have always found him to be a person of high moral values and integrity. He has consistently demonstrated honesty, responsibility, and a genuine concern for others.

Daniel has been actively involved in our community, volunteering for various charitable causes and always ready to lend a helping hand to those in need.

I have also had the privilege of observing Daniel in his personal relationships, and he has always exhibited kindness, compassion, and empathy towards others. He is a dedicated friend who is always available to listen and provide support. Their positive influence on those around them is evident through the numerous friendships he has maintained over the years.

Furthermore, Daniel has shown great commitment to personal growth and self-improvement. He has actively pursued educational opportunities and has consistently strived to better himself in both his personal and professional life. Daniel has demonstrated his ability to learn from past mistakes and has always taken responsibility for his actions.

I passionately believe that Daniel's actions in the past do not reflect his true character. He deeply regrets his involvement in the unfortunate events that led him to court. I am confident that this experience has been a turning point in his life, and he is committed to making positive changes moving forward.

I kindly request that you consider Daniel's genuine remorse, their strong character, and his previous contributions to society when making your decision. I believe that a combination of rehabilitation, guidance, and the support of their loved ones will ensure that Daniel becomes a productive member of society once again.

If you have any further questions or require additional information, please do not hesitate to contact me at the phone number provided or email address. Thank you for considering my perspective on this matter.

Yours sincerely,

William F. Gordon