# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. __21-cr-292-02__
)
Daniel Lyons Scott )
)

## NOTICE OF APPEAL

Name and address of appellant:  Daniel Lyons Scott

Name and address of appellant's attorney:  Nathan I. Silver
6300 Orchid Drive
Bethesda MD 20817

Offense:  18 U.S.C. §1512(c)(2), 18 U.S.C. §111(a)

Concise statement of judgment or order, giving date, and any sentence:

Sixty (60) months on Count 1, Sixty (60) months on Count 15 concurrent with Count 1. Three (3) years supervised release, concurrent on each count. $2000 restitution. $200 in special assessments. (Defendant appeals application of 2-level enhancement for planning under §2J1.2(b)(3))

Name and institution where now confined, if not on bail:  n/a

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__July 29, 2023__
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ✓
PAID USDC FEE ☐
PAID USCA FEE

Does counsel wish to appear on appeal?  YES ☐  NO ✓
Has counsel ordered transcripts?  YES ☐  NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ✓  NO ☐